**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DONALD NICHOLSON,

        Plaintiff,

vs.

DISPACK PROJECTS NV d/b/a DOLIUM, *et al.*,

        Defendants.

2:16-cv-01335-RFB-VCF

**<u>MINUTE ORDER</u>**

Due to ta conflict on the Court's schedule,

IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 a.m., January 4, 2017 is VACATED and RESCHEDULED to 10:00 a.m., January 6, 2017, in Courtroom 3D.

DATED this 8th day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE