Jay J. Schuttert
Nevada Bar No. 8656
Joshua D. Cools
Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jschuttert@swlaw.com
Email: jcools@swlaw.com

Attorneys for Defendant
Quadrant CMS N.V.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD NICHOLSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DISPACK PROJECTS NV d/b/a DOLIUM, a Belgian company; QUADRANT CMS N.V., a Belgian company; SHELTON BROTHERS INC., a Massachusetts corporation; ADVANTAGE TRANSPORTATION, INC., a Utah corporation; ROE DISTRIBUTORS I-V; ROE MANUFACTURERS I-V; ROE TRANSPORTERS I-V; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-01335-RFB-VCF<br><br>**MOTION AND [PROPOSED] ORDER FOR REMOVAL FROM CM/ECF SERVICE LIST** |

  Jay J. Schuttert, Esq. and Joshua D. Cools, Esq. of Snell & Wilmer L.L.P., hereby moves this Court for an Order of removal from the electronic service list for this case.

  Jay J. Schuttert and Joshua D. Cools appeared in this case for Defendant Quadrant CMS N.V. Quadrant CMS N.V. filed a motion for lack of personal jurisdiction (Dkt. No. 5), which the

/ / /

/ / /

/ / /

/ / /

1  Court granted on January 2, 2017.  Since Quadrant CMS N.V. has now been dismissed, Jay J.
2  Schuttert and Joshua D. Cools no longer have an interest in the outcome of this case and removal
3  from the electronic service list for the case is appropriate.

4  DATED this 7th day of March, 2017.

SNELL & WILMER L.L.P.

By: /s/ Joshua D. Cools
Jay J. Schuttert
Nevada Bar No. 8656
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
Quadrant CMS N.V.

### ORDER

IT IS SO ORDERED.

DATED this 7th day of March, 2017.

_____
U.S. Magistrate Judge

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **MOTION AND [PROPOSED] ORDER FOR REMOVAL FROM CM/ECF SERVICE LIST** by the method indicated below:

<u>XXXXX</u>     Electronic Service (CM/ECF)

and addressed to the following:

Marjorie Hauf, Esq.
Nevada Bar No. 8111
Cara Xidis, Esq.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana, Suite 1
Las Vegas, NV 89147
Telephone: (702) 598-4529
Facsimile: (702) 598-3626
Email: mhauf@ganzhauf.com
Email: cxidis@ganzhauf.com
Attorneys for Plaintiff
DONALD NICHOLSON

Michael R. Hall, Esq.
Nevada Bar No. 5978
Ashlie L. Surur, Esq.
Nevada Bar No. 11290
Hall Jaffe & Clayton, LLP
7425 Peak Drive
Las Vegas, NV 89128
Telephone: (702) 316-4111
Facsimile: (702) 316-4114
Email: mhall@lawhjc.com
Email: asurur@lawhjc.com
Attorneys for Defendant
SHELTON BROTHERS, INC.

Elizabeth R. Mikesell, Esq.
Nevada Bar No. 8034
Martina Shindelus, Esq.
Nevada Bar No. 8718
LAW OFFICES OF ELIZABETH R. MIKESHELL
7251 W. Lake Mead Boulevard, Suite 250
Las Vegas, NV 89128
Telephone: (702) 228-3176
Facsimile: (866) 221-6108
Email: lasvegaslegal@libertymutual.com
Attorneys for Defendant
ADVANTAGE TRANSPORTATION, INC.

DATED this 7th day of March, 2017.

*/s/ Tonya C. Stephenson*
An Employee of Snell & Wilmer L.L.P.

4824-1862-2272

- 3 -