MICHAEL R. HALL
Nevada Bar No. 5978
mhall@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant/Cross*
*Claimant Shelton Brothers, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD NICHOLSON,<br><br>             PLAINTIFF,<br><br>VS.<br><br>DISPACK PROJECTS NV D/B/A DOLIUM,<br>A BELGIAN COMPANY; SHELTON<br>BROTHERS, INC., A MASSACHUSETTS<br>CORPORATION; ADVANTAGE<br>TRANSPORTATION, INC., A UTAH<br>CORPORATION; ROE DISTRIBUTORS I-V;<br>ROE MANUFACTURERS I-V; ROE<br>TRANSPORTERS I-V; DOES I THROUGH<br>X; AND ROE CORPORATIONS I THROUGH<br>X, INCLUSIVE,<br><br>             DEFENDANTS.<br><br>SHELTON BROTHERS, INC., A<br>MASSACHUSETTS CORPORATION,<br><br>             CROSS-CLAIMANT,<br><br>V.<br><br>DISPACK PROJECTS NV D/B/A DOLIUM,<br>A BELGIAN COMPANY; ADVANTAGE<br>TRANSPORTATION, INC., A UTAH<br>CORPORATION,<br><br>             CROSS-DEFENDANTS. | Case No.:  2:16-cv-01335-RFB-VCF<br><br>**STIPULATION AND ORDER TO**<br>**EXTEND TIME TO RESPOND TO**<br>**PLAINTIFF'S MOTION FOR LEAVE**<br>**TO EXCUSE TREATING PHYSICIANS**<br>**FROM PREPARING EXPERT**<br>**REPORTS** |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINITIFF'S MOTION FOR LEAVE TO EXCUSE TREATING PHYSICIANS FROM PREPARING EXPERT REPORTS**

Pursuant to Local Rules ("LR") IA 6-1, the parties, by and through their respective attorneys, stipulate as follows:

1.      On September 13, 2018 Donald Nicholson filed a Motion for Leave To Excuse Treating Physicians From Preparing Expert Reports [ECF. 54].

2.      The deadline to respond to the Motion for Leave for leave is September 27, 2018.

3.      Initial expert disclosures were due September 14, 2018. The faxed copy received by Shelton Brothers was nearly illegible. The mailed copy was received on September 19, 2018. Shelton Brothers, therefore, requires additional time to analyze Plaintiff's initial disclosures to fully and fairly brief its response to Plaintiff's pending request. This constitutes good cause for a brief extension of the response deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.  The parties stipulate to extend the response deadline from September 27, 2018 to October 5, 2018.

| | |
|---|---|
| Dated September 27, 2018.<br><br>HALL, JAFFE & CLAYTON, LLP<br><br>By:   /s/Ashlie L. Surur<br>Michael R. Hall, Esq.<br>Nevada Bar No. 5978<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant/Cross*<br>*Claimant Shelton Brothers, Inc.* | Dated September 27, 2018.<br><br>GANZ & HAUF<br><br>By:   *Cara Xidis*<br>Cara Xidis, Esq.<br>Nevada Bar No. 11743<br>8950 W. Tropicana Ave, Ste 1<br>Las Vegas, NV 89147<br>*Attorneys for the Plaintiff* |
| Dated September 27, 2018.<br><br><br>By:   /s/Kenneth E. Goates<br>Kenneth E. Goates, Esq.<br> Nevada Bar No. 8087<br> Mikesell Law Offices<br> 7251 West Lake Mead, #250<br> Las Vegas, NV 89128<br>*Attorney for Advantage Transportation* | |

## **ORDER**

IT IS SO ORDERED.

UNITED STATE MAGISTRATE JUDGE

DATED:      September 28, 2018

3