MICHAEL R. HALL
Nevada Bar No. 5978
mhall@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant/Cross*
*Claimant Shelton Brothers, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD NICHOLSON,<br><br>       PLAINTIFF,<br><br>VS.<br><br>DISPACK PROJECTS NV D/B/A DOLIUM, A BELGIAN COMPANY; SHELTON BROTHERS, INC., A MASSACHUSETTS CORPORATION; ADVANTAGE TRANSPORTATION, INC., A UTAH CORPORATION; ROE DISTRIBUTORS I-V; ROE MANUFACTURERS I-V; ROE TRANSPORTERS I-V; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X, INCLUSIVE,<br><br>       DEFENDANTS.<br><br>SHELTON BROTHERS, INC., A MASSACHUSETTS CORPORATION,<br><br>       CROSS-CLAIMANT,<br><br>V.<br><br>DISPACK PROJECTS NV D/B/A DOLIUM, A BELGIAN COMPANY; ADVANTAGE TRANSPORTATION, INC., A UTAH CORPORATION,<br><br>       CROSS-DEFENDANTS. | Case No.: 2:16-cv-01335-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO EXCUSE TREATING PHYSICIANS FROM PREPARING EXPERT REPORTS (Second Request)** |

1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINITIFF'S MOTION FOR LEAVE TO EXCUSE TREATING PHYSICIANS FROM PREPARING EXPERT REPORTS (Second Request)**

Pursuant to Local Rules ("LR") IA 6-1, the parties, by and through their respective attorneys, stipulate as follows:

1.      On September 13, 2018 Donald Nicholson filed a Motion for Leave To Excuse Treating Physicians From Preparing Expert Reports. ECF No. 54.

2.      The response to the Motion for Leave To Excuse Treating Physicians From Preparing Expert Reports [ECF. 54] was due September 27, 2018 until the parties requested and obtained an extension of the response deadline to October 5, 2018. ECF No. 57.

3.      Counsel for Shelton Brothers, Inc. was unexpectedly away from the office from October 2 to October 4 for a personal matter and, therefore, requires a brief extension to fully brief the response to the Motion for Leave To Excuse Treating Physicians From Preparing Expert Reports [ECF No. 54]. This constitutes good cause for extending the current response deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.     The parties stipulate to extend the response deadline from October 5, 2018 to October 9, 2018.

| | |
|---|---|
| Dated October 5, 2018. | Dated October 5, 2018. |
| HALL, JAFFE & CLAYTON, LLP | GANZ & HAUF |
| By:   */s/Ashlie L. Surur*<br>Michael R. Hall, Esq.<br>Nevada Bar No. 5978<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant/Cross*<br>*Claimant Shelton Brothers, Inc.* | By:   *Cara Xidis*<br>Cara Xidis, Esq.<br>Nevada Bar No. 11743<br>8950 W. Tropicana Ave, Ste 1<br>Las Vegas, NV 89147<br>*Attorneys for the Plaintiff* |
| Dated  October 5, 2018.<br><br>By:   */s/Kenneth E. Goates*<br>Kenneth E. Goates, Esq.<br>Nevada Bar No. 8087<br>Mikesell Law Offices<br>7251 West Lake Mead, #250<br>Las Vegas, NV 89128<br>*Attorney for Advantage Transportation* | |

## **<u>ORDER</u>**

IT IS SO ORDERED.

_____

RICHARD F. BOULWARE, II

United States District Court
DATED:   October 9, 2018.