MICHAEL R. HALL
Nevada Bar No. 5978
mhall@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant/Cross Claimant Shelton Brothers, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD NICHOLSON,<br><br>PLAINTIFF,<br><br>VS.<br><br>DISPACK PROJECTS NV D/B/A DOLIUM, A BELGIAN COMPANY; SHELTON BROTHERS, INC., A MASSACHUSETTS CORPORATION; ADVANTAGE TRANSPORTATION, INC., A UTAH CORPORATION; ROE DISTRIBUTORS I-V; ROE MANUFACTURERS I-V; ROE TRANSPORTERS I-V; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X, INCLUSIVE,<br><br>DEFENDANTS.<br><br>SHELTON BROTHERS, INC., A MASSACHUSETTS CORPORATION,<br><br>CROSS-CLAIMANT,<br><br>V.<br><br>DISPACK PROJECTS NV D/B/A DOLIUM, A BELGIAN COMPANY; ADVANTAGE TRANSPORTATION, INC., A UTAH CORPORATION,<br><br>CROSS-DEFENDANTS. | Case No.: 2:16-cv-01335-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINITIFF'S MOTION FOR LEAVE TO EXCUSE TREATING PHYSICIANS FROM PREPARING EXPERT REPORTS (Third Request)** |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINITIFF'S MOTION FOR LEAVE TO EXCUSE TREATING PHYSICIANS FROM PREPARING EXPERT REPORTS (Third Request)**

Pursuant to Local Rules ("LR") IA 6-1, the parties, by and through their respective attorneys, stipulate as follows:

1. On September 13, 2018 Donald Nicholson filed a Motion for Leave to Excuse Treating Physicians From Preparing Expert Reports. ECF No. 54.

2. The response to the Motion for Leave to Excuse Treating Physicians from Preparing Expert Reports [ECF No. 54] was due September 27, 2018 until the parties requested and obtained an extension of the response deadline to October 5, 2018. [ECF No. 57] and October 9, 2018 [ECF No. 59].

3. Counsel for Plaintiff and Defendant Shelton Brothers, Inc. ("Shelton Brothers") met and conferred today about the contents of the motion and Shelton Brothers' anticipated response. Counsel believes that they can prepare a stipulation that addresses the issues raised in the motion and Shelton Brothers' anticipated response. Such a stipulation would render the motion moot and Plaintiff would likely withdraw the motion once the court enters an order on the stipulation. For these reasons, the parties agree that there is good cause to extend the response deadline. The extension of time will afford the parties necessary time to prepare a stipulation and submit the stipulation to this court for review and approval. As the extension is likely to result in an informal resolution of the issues raised by the motion and a withdrawal of the motion, the extension will conserve judicial resources and litigation costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1.     4. The parties therefore stipulate to extend the response deadline from October 9, 2018 to October 19, 2018.

| Dated October 9, 2018.<br><br>HALL, JAFFE & CLAYTON, LLP<br><br>By: /s/Ashlie L. Surur<br>Michael R. Hall, Esq.<br>Nevada Bar No. 5978<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant/Cross Claimant Shelton Brothers, Inc.* | Dated October 9, 2018.<br><br>GANZ & HAUF<br><br>By: *Cara Xidis*<br>Cara Xidis, Esq.<br>Nevada Bar No. 11743<br>8950 W. Tropicana Ave, Ste 1<br>Las Vegas, NV 89147<br>*Attorneys for the Plaintiff* |
|---|---|
| Dated October 9, 2018.<br><br>By: /s/Kenneth E. Goates<br>Kenneth E. Goates, Esq.<br>Nevada Bar No. 8087<br>Mikesell Law Offices<br>7251 West Lake Mead, #250<br>Las Vegas, NV 89128<br>*Attorney for Advantage Transportation* | |

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court
DATED: October 10, 2018.

3