MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiffs*

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD NICHOLSON,<br><br>Plaintiff,<br><br>vs.<br><br>DISPACK PROJECTS NV d/b/a DOLIUM, a Belgian company; QUADRANT CMS N.V., a Belgian company; SHELTON BROTHERS INC., a Massachusetts corporation; ADVANTAGE TRANSPORATION, INC., a Utah corporation; ROE DISTRIBUTORS I-V; ROE MANUFACTURERS I-V; ROE TRANSPORTERS I-V; DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | CASE NO.: 2:16-cv-01335-RFB-VCF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file his responses to Defendant Advantage Transportation, Inc.'s Motion for Summary Judgment be extended from November 22, 2018 to

///

///

December 7, 2018. This extension is being requested in good faith and nor for the purpose of delay.

Dated this 8th day of November, 2018.                Dated this 8th day of November, 2018.

GANZ & HAUF                                          LAW OFFICES OF ELIZABETH MIKESELL

*/s/ Marjorie Hauf*                                  */s/ Dee Golightly*

_____                          _____
Marjorie Hauf, Esq.                                  Dee Golightly
Nevada Bar No. 8111                                  Nevada Bar No. 10597
8950 W. Tropicana Ave, Suite 1                       7251 West Lake Mead Blvd, Suite 250
Las Vegas, Nevada 89147                              Las Vegas, NV 89128
Attorneys for Plaintiff                              Attorney for Defendant
                                                     Advantage Transportation, Inc.

IT IS SO ORDERED.

Dated this 14th day of __November__, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

