MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiffs*

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD NICHOLSON,<br><br>Plaintiff,<br><br>vs.<br><br>DISPACK PROJECTS NV d/b/a DOLIUM, a Belgian company; QUADRANT CMS N.V., a Belgian company; SHELTON BROTHERS INC., a Massachusetts corporation; ADVANTAGE TRANSPORATION, INC., a Utah corporation; ROE DISTRIBUTORS I-V; ROE MANUFACTURERS I-V; ROE TRANSPORTERS I-V; DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | CASE NO.: 2:16-cv-01335-RFB-VCF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff and Defendant Shelton Brothers Inc. to file their responses to Defendant Advantage Transportation, Inc.'s Motion for Partial Summary Judgment (ECF No. 64) be extended from December 7, 2018, to January 11, 2019.

This extension is being requested in good faith and nor for the purpose of delay. The depositions of the FRCP 30(b)(6) witnesses for Defendants Advantage Transportation, Inc. and Shelton Brothers Inc. are currently scheduled for December 20, 2018 and December 27, 2018, respectively. These depositions will provide additional information relevant to the present Motion and the parties therefore agree it would be most efficient to extend the response deadline until after the taking of these deposition, so as to avoid the need for supplemental briefing.

Dated this 7th day of December, 2018.          Dated this 7th day of December, 2018.

GANZ & HAUF                                    LAW OFFICES OF ELIZABETH MIKESELL

/s/ Marjorie Hauf                              /s/ Dee Golightly
_____                _____
Marjorie Hauf, Esq.                            Dee Golightly, Esq.
Nevada Bar No. 8111                            Nevada Bar No. 10597
8950 W. Tropicana Ave, Suite 1                 7251 West Lake Mead Blvd, Suite 250
Las Vegas, Nevada 89147                        Las Vegas, NV 89128
Attorneys for Plaintiff,                       Attorney for Defendant
Don Nicholson                                  Advantage Transportation, Inc.

Dated this 7th day of December, 2018.

HALL JAFFE & CLAYTON

/s/ Ashlie Surur
_____
Ashlie Surur, Esq.
Nevada Bar No. 11290
7425 Peak Dr.
Las Vegas, NV 89128
Attorneys for Defendant,
Shelton Brothers Inc.

   IT IS SO ORDERED.

   Dated this 10th day of December, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

