MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiffs*

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD NICHOLSON,<br><br>Plaintiff,<br><br>vs.<br><br>DISPACK PROJECTS NV d/b/a DOLIUM, a Belgian company; QUADRANT CMS N.V., a Belgian company; SHELTON BROTHERS INC., a Massachusetts corporation; ADVANTAGE TRANSPORATION, INC., a Utah corporation; ROE DISTRIBUTORS I-V; ROE MANUFACTURERS I-V; ROE TRANSPORTERS I-V; DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | CASE NO.:   2:16-cv-01335-RFB-VCF |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

counsel of record, that the deadline for Plaintiff and Defendant Shelton Brothers Inc. to file their

responses to Defendant Advantage Transportation, Inc.'s Motion for Partial Summary Judgment

///



8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1

(ECF No. 64) be extended from January 11, 2019 to January 15, 2019. This extension is being requested in good faith and nor for the purpose of delay.

Dated this 11th day of January, 2019.

GANZ & HAUF

*/s/ Marjorie Hauf*
_____
Marjorie Hauf, Esq.
Nevada Bar No. 8111
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Attorneys for Plaintiff,
Don Nicholson

Dated this 11th day of January, 2019.

LAW OFFICES OF ELIZABETH MIKESELL

*/s/ Dee Golightly*
_____
Dee Golightly, Esq.
Nevada Bar No. 10597
7251 West Lake Mead Blvd, Suite 250
Las Vegas, NV 89128
Attorney for Defendant
Advantage Transportation, Inc.

Dated this 11th day of January, 2019.

HALL JAFFE & CLAYTON

*/s/ Ashlie Surur*
_____
Ashlie Surur, Esq.
Nevada Bar No. 11290
7425 Peak Dr.
Las Vegas, NV 89128
Attorneys for Defendant,
Shelton Brothers Inc.

IT IS SO ORDERED.

Dated this 14th day of January, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge