MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiffs*

**-o0o-**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD NICHOLSON, | CASE NO.:    2:16-cv-01335-RFB-VCF |
| Plaintiff, | |
| vs. | |
| DISPACK PROJECTS NV d/b/a DOLIUM, a Belgian company; QUADRANT CMS N.V., a Belgian company; SHELTON BROTHERS INC., a Massachusetts corporation; ADVANTAGE TRANSPORATION, INC., a Utah corporation; ROE DISTRIBUTORS I-V; ROE MANUFACTURERS I-V; ROE TRANSPORTERS I-V; DOES I through X; and ROE CORPORATIONS I through X, inclusive. | |
| Defendants. | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff, Donald Nicholson, and Defendant,

Advantage Transportation, Inc., through their respective counsel of record, that that Plaintiff's 6th,

7th, 8th, 9th and 10th Causes of Action (the products liability claims), as set forth in Plaintiff's 2nd

Amended Complaint filed on March 1, 2016, be dismissed as to Defendant Advantage

Transportation, Inc. only, each party to bear their own attorney's fees and costs.

GANZ & HAUF

8950 W. Tropicana Ave., #1
Las Vegas, NV  89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1

1    IT IS FURTHER STIPULATED that Defendant's Motion for Partial Summary Judgment

2  (ECF No. 64), filed on November 1, 2018, is hereby withdrawn as moot.

3      Dated this 15th day of January, 2019.        Dated this 15th day of January, 2019.

4      GANZ & HAUF                                  LAW OFFICES OF ELIZABETH MIKESELL

5      /s/ Marjorie Hauf, Esq.                      /s/ Dee Golightly, Esq.

6      _____          _____
       Marjorie Hauf, Esq.                          Dee Golightly, Esq.
7      Nevada Bar No. 8111                          Nevada Bar No. 10597
       8950 W. Tropicana Ave, Suite 1               7251 West Lake Mead Blvd, Suite 250
8      Las Vegas, Nevada 89147                      Las Vegas, NV 89128
       Attorneys for Plaintiff,                     Attorney for Defendant
9      Don Nicholson                                Advantage Transportation, Inc.

10

11

12
         IT IS SO ORDERED.
13

14                                                  _____
                                                    RICHARD F. BOULWARE, II
15                                                  UNITED STATES DISTRICT JUDGE

16                                                   DATED this  16th day of January, 2019.

17

18

19

20

21

22

23

24

25

26

27

28



**8950 W. Tropicana Ave., #1**
**Las Vegas, NV 89147**
**Phone: (702) 598-4529**
**Fax: (702) 598-3626**