ADAM GANZ, ESQ.
Nevada Bar No. 6650
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiffs*

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD NICHOLSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DISPACK PROJECTS NV d/b/a DOLIUM, a Belgian company; QUADRANT CMS N.V., a Belgian company; SHELTON BROTHERS INC., a Massachusetts corporation; ADVANTAGE TRANSPORATION, INC., a Utah corporation; ROE DISTRIBUTORS I-V; ROE MANUFACTURERS I-V; ROE TRANSPORTERS I-V; DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>    Defendants. | CASE NO.: 2:16-cv-01335-RFB-VCF |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file his response to Defendant, Shelton Brothers, Inc.'s Motion for Summary Judgment (ECF No.: 63) be extended from May 5, 2020 to May 19, 2020.

…

…

8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

This extension is being requested in good faith and not for the purpose of delay. As a result of COVID-19 restrictions, additional time is need to compile exhibits and obtain supporting affidavits to accompany Plaintiff's response.

Dated this 1st day of May, 2020.

GANZ & HAUF

/s/ Marjorie Hauf

Marjorie Hauf, Esq.
Nevada Bar No. 8111
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Attorneys for Plaintiff,
Don Nicholson

Dated this 1st day of May, 2020.

MURCHISON & CUMMING LLP

/s/ Michael Nunez

Michael Nunez, Esq.
Nevada Bar No. 10703
350 S. Rampart Blvd, Suite 320
Las Vegas, NV 89145
Attorneys for Defendant,
Shelton Brothers Inc.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of May, 2020.

