ADAM GANZ, ESQ.
Nevada Bar No. 6650
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiffs*

-o0o-

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD NICHOLSON,<br><br>Plaintiff,<br><br>vs.<br><br>DISPACK PROJECTS NV d/b/a DOLIUM, a Belgian company; QUADRANT CMS N.V., a Belgian company; SHELTON BROTHERS INC., a Massachusetts corporation; ADVANTAGE TRANSPORATION, INC., a Utah corporation; ROE DISTRIBUTORS I-V; ROE MANUFACTURERS I-V; ROE TRANSPORTERS I-V; DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | CASE NO.: 2:16-cv-01335-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(2ND REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file his response to Defendant, Shelton Brothers, Inc.'s Motion for Summary Judgment (ECF No.: 63) be extended from May 19, 2020 to May 26, 2020.

…

…

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1 of 2

1  This extension is being requested in good faith and not for the purpose of delay. As a result of COVID-19 restrictions, additional time is need to compile exhibits and obtain supporting affidavits to accompany Plaintiff's response.

Due to the two extensions requested for the opposition, the parties have agreed to a one week extension for the date of reply, extending the deadline from June 2, 2020 to June 9, 2020.

| Dated this 15th day of May, 2020. | Dated this 15th day of May, 2020. |
|---|---|
| GANZ & HAUF | MURCHISON & CUMMING LLP |
| /s/ Marjorie Hauf | /s/ Michael Nunez |
| Marjorie Hauf, Esq.<br>Nevada Bar No. 8111<br>8950 W. Tropicana Ave, Suite 1<br>Las Vegas, Nevada 89147<br>Attorneys for Plaintiff,<br>Don Nicholson | Michael Nunez, Esq.<br>Nevada Bar No. 10703<br>350 S. Rampart Blvd, Suite 320<br>Las Vegas, NV 89145<br>Attorneys for Defendant,<br>Shelton Brothers Inc. |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of May, 2020.



8950 W. Tropicana Ave., #1
Las Vegas, NV  89147
Phone: (702) 598-4529
Fax: (702) 598-3626