# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| Donald Nicholson, | 2:16-cv-01335-RFB-MDC |
|---|---|
| Plaintiff(s), | Order Setting Status Conference |
| vs. | |
| Dispack Projects NV, d/b/a Dolium, et al., | |
| Defendant(s). | |

IT IS ORDERED that the parties shall appear in-person at **9:30 a.m. on July 2, 2024 in Courtroom 3B** for a status conference.

Dated this 4th day of June 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge